11-11-19

Honorable ~~Jeorge~~ George J. Hazel

FILED RECEIVED
NOV 15 2019
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

My name is Bryant Davidson I.D. 1580499 and I am writing the ~~Honorable~~ Court under case no GJH-19-885. Since I initially filed this petition their have been a series of developments that have impacted my ability to adequately and properly respond. I have had the sight from my right eye taken from me by officer Eugene Early (previously misspelled Erlie whom I originally stated assaulted me after falling from top bunk after having a seizure episode that is the result of the Feb 25, 2019 car accident I was in at the time of my arrest.) Officer Eugene Early of 7-3 shift and the "Tactical Response Team, members assaulted me for a second time after entering my 3 North B side day room at 3:45 am (possibly earlier please see readily available footage for 10-5-19 at 3:30-3:45 am 3 North tower B side video please subpoena video) and standing back near the officers desk and not searching anyone else's cell but mine and waiting until my cell buddy, Micheal Moore I.D _____ is searched first by his colleague's and then when it's my turn he comes to participate in the search. His fellow officer, officer Peros asks my cellmate Micheal Moore to push my wheelchair in the cell and asked him to help me to transfer from wheelchair to bed but he refuses based on a previous injury helping me that lead to a x-ray being ordered of his arm. (See footage from 10-5-19 of Rec hall and entrance of plaintiff's cell, cell 11B that shows how long the plaintiff's cell buddy stayed in the cell which shows he was only their to help the plaintiff transfer otherwise why was he there because I wasn't in the cell when he was being searched.) He my cellmate was asked to leave than I was ordered to get on my bunk by officer Early when I told him I physically couldn't I was maced in the eye and than punched in that same eye when I attempted to wave off another assault by the officer. I can't see and it's been over a month and still medical Dept has refused to let me see a optomologist or to be taken to the emergency room. On October 18, 2019 I saw Dr. Michael Agonafir, MD at 10:33PM whom I told I could not see out of right eye and I was wearing a bandage that was large as a "eye patch" yet his report that day claimed I did complain of anything and denied wearing a "eye patch" so I am

requesting that the video footage for that day 10/18/19 at 10:33 pm. be gotten of me being escorted by a officer to medical (officer is pushing my wheelchair because I am unable to due to pain to the medical Dept and the video will clearly show. I am wearing a eye patch) IT is crucial that this court see blatant "Obstruction of Justice" by these doctors and correctional officers. The doctor, Dr Agonafir blatantly lied with no problem and the video will show I did have a eye patch so it would make no sense that I would deny wearing a eye patch, if I am on camera entering his very office with a bandage that was big enough to cover my eye, thus making it a eye patch. Also I have been denied attorney visits because I couldn't push myself to the visiting room area because of severe pain and when I asked for a correctional officer or nurse to push me they both stated they dont have officers or nurses that can do that in this facility. However I am on video for 10/18/19 being pushed in my wheelchair by the very people whom say they dont have anyone that does this. All my property has been taken from me that consisted of pen, paper, envelopes, stamps, Legal mail that was sent while I was housed at M.T.C. 954 Forrest St, Balt, MD 21202, cosmetics and clothing. These items are fundamental to me being able to respond to this court that is why the plaintiff employs this court to provide counsel/because counsel cant be suppressed as I am and motions, evidence and request for evidence wont be hindered by the denial of these items as they are now (that's why I am literally writing this court on the back of institutional sickcall slips) I can only see out of one eye I am not being given medical treatment and I dont sleep because I am afraid I will be killed next time or send a liason from the court that can get my evidence consisting of Amended Complaints and Affidavits instead of having to get inmates to allow me to send mail out in their names. I have a constitutional right to Due Process but how is that the case and the very "Due Process" I am requesting is already being denied by these Defendants so as to get my case dismissed. Please I need to have these officers and nurses "charged" with Civil Rights violations!